Joseph Bambace, as Administrator, etc., of Felice Bambace, Deceased, Respondent, v. Interurban Street Railway Company, Appellant.— Appeal from a judgment entered on a verdict and from an order denying a motion for a new trial. Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment, as entered, to $2,917.44, in which event judgment as so modified and order affirmed, without costs. No opinion. O'Brien, P. J., Patterson, McLaughlin and Houghton, JJ., concurred ; Laughlin, J., dissented. Settle order on notice.

LAUGHLIN, J. (dissenting) : I dissent, upon the ground that the court erred in refusing to charge the ninth request presented by the defendant. I am of opinion that there was evidence to warrant the jury in finding the facts recited therein, and that on those facts the defendant could not be charged with negligence, as there was no evidence that the car could have been stopped within five or six feet, and, furthermore, that the decedent would in such circumstances be deemed guilty of contributory negligence as matter of law.

The People of the State of New York v. David J. Dibol and Others.— Motion granted. Order filed.

The People of the State of New York v. Harry Weisberg.— Motion granted. Order filed.

The People of the State of New York v. Gaetano Gianvecchio.— Motion denied. Memorandum per curiam. Order filed.

Moritz Gruenstein v. George B. Gurley.— Motion denied on terms stated in order. Order filed.

James M. Armstrong v. Rosena Armstrong.— Motion granted, with ten dollars costs. Order filed.

Mary E. Watts, as Administratrix, etc., v. Daniel H. Campbell.— Motion granted, with ten dollars costs. Order filed.

Michigan Savings Bank v. George W. Millar and Another. Michigan Savings Bank v. Charles F. Hubbs. Michigan Savings Bank v. Coy, Hunt & Co.— Motion denied, with ten dollars costs.

Jacques C. Cohn v. Sidney P. Hessel and Others.— Motion denied, with ten dollars costs.

Samuel W. Ehrich v. Hugh J. Grant.— Motion denied, with ten dollars costs. Order filed.

Emanuel A. Busch v. Interborough Rapid Transit Company.— Motion granted. Order filed.

The People of the State of New York ex rel. Clarence H. Venner and Others v. New York Life Insurance Company and Others.— Motion denied, with ten dollars costs. Order filed.

Fanny L. Waters v. Horace Waters & Co.— Motion granted. Order filed.

In the Matter of Jurden E. Seeley.— Respondent disbarred. Order filed.

Hoffman House, New York, Respondent, v. Manhattan Storage and Warehouse Company and Rose L. Barkley, Appellants. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Order filed.

David Christie, Appellant, v. Henry F. Miller and Sarah M. Miller, Respondents.— Judgment affirmed, with costs. No opinion. Order filed.

John Dassau, Respondent, v. New York Ice Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $4,177.20, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.